AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>FARID AHMAD<br>NAEEM AHMAD<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:11mj398<br>)<br>) |

FILED
MAY 2 6 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __January 14, 2010, thereafter__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated __18__ U.S.C. § __659__ an offense described as follows:

Interstate or Foreign Shipments by Carrier

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jonathan Lund, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 26 May 11

/s/
Ivan D. Davis
United States Magistrate Judge

City and state:  Alexandria, VA